JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDA MIRANDA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 22-8175-MWF(PLAx)<br><br>JUDGMENT |

Pursuant to Rule 68 of the Federal Rule of Civil Procedure, Defendant FCA US, LLC, made and Plaintiff Fernanda Miranda accepted an offer of judgment.

Now, therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered as follows:

1. Plaintiff FERNANDA MIRANDA ("Plaintiff") will surrender the 2019 Dodge Challenger. VIN 2C3CDZAG5KH750868 (the "Subject Vehicle") by delivering the Subject Vehicle to Defendant FCA US, LLC ("FCA") on a date, time, and place mutually agreeable no later than 90 days after FCA's counsel receives all documents necessary to process the settlement and surrender, unless circumstances caused by Plaintiff result in delay.

2. Without admitting liability, FCA will pay Plaintiff the sum of **$79,500.00** for the Subject Vehicle, inclusive of any and all loan payoff amounts, civil penalties, and any incidental/consequential damages, and any and all liability claimed in this action subject to proof.  FCA will satisfy such funding obligations within 90 days after FCA's counsel receives all documents necessary to process the settlement and surrender, unless circumstances caused by Plaintiff result in delay.

3. If the parties are unable to resolve attorneys' fees and costs, Plaintiff may seek reasonable costs, expenses, and attorneys' fees pursuant to a properly noticed motion pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court, and California Civil Code section 1794(d).  The necessity of such a motion shall not be construed as a waiver of FCA's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs, or expenses sought.

4. FCA waives all claims it may have for costs and fees in this action.

5. The Court will retain jurisdiction to enforce this settlement.

Dated:  May 4, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge